# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRAYNOR FREEMAN

VERSUS

WESTLAKE VINYLS COMPANY, LP,
WESTLAKE VINYLS, INC.
(LOUISIANA) WESTLAKE VINYLS
CORPORATION AND STAR
SERVICE, INC. OF BATON ROUGE

NO.   2019 CW 0338

AUG 0 5 2019

---

In Re:   Star Service Inc. of Baton Rouge, applying for
supervisory writs, 23rd Judicial District Court,
Parish of Ascension, No. 113031.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

JMM
WRC


   **Theriot, J.,** dissents and would direct the Clerk of this
Court to issue a Notice of Briefing Schedule pursuant to La.
Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT